IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**LAURIE BORDOCK**                                                                          **PLAINTIFF**

**v.**                                     **Case No. 4:22-cv-894-JM**

**CITY OF MORRILTON;**
**CONWAY COUNTY**                                                    **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered on this day, it is considered, ordered, and adjudged that this case is hereby DISMISSED without prejudice.

IT IS SO ADJUDGED this 11th day of October, 2022.

_____
UNITED STATES DISTRICT JUDGE